IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARNE ROSS,<br>Plaintiff,<br><br>v.<br><br>GIBBS TECHNOLOGY COMPANY and<br>ADAM R. PROFFER,<br>Defendants. | Case No. 19–CV–00847–JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff **CHARNE ROSS**'s claims against Defendants **GIBBS TECHNOLOGY COMPANY** and **ADAM R. PROFFER** are **DISMISSED WITHOUT PREJUDICE**.

**Dated: December 11, 2019**     **MARGARET M. ROBERTIE, Clerk of Court**

                                                                    **s/Tina Gray, Deputy Clerk**

Approved by: s/J. Phil Gilbert
              United States District Judge